## UNITED STATES BANKRUPTCY COURT

In Re: _____CRAIG GRAVES  Tiffany Graves_____  Case No. __11-34727__
                                 **Debtor**                                      (if known)

Chapter     7

### APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 299.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   CG   $ ~~74.75~~ 75.00    Check one ☒ With the filing of the petition, or
                                                 ☐ On or before

   CG   $ ~~74.75~~ 75.00    on or before   09/16/2011

   CG   $ ~~74.75~~ 75.00    on or before   10/14/2011

   CG   $ ~~74.75~~ 74.00    on or before   11/11/2011

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____      _Craig Graves_     _8/24/11_
**Signature of Attorney**            Date                  Signature of Debtor            Date

_____      _Tiffany Graves_    _8/24/11_
**Name of Attorney**                                    Signature of Joint Debtor       Date

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
AUG 25 2011
KENNETH S. GARDNER, CLERK
PS REP. - CM

B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
__Northern__ District Of __Illinois__

In re __Craig & Tiffany Graves__
Debtor

Case No. __11-34727__

Chapter __7__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐ With the filing of the petition, or
                             ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: AUG 25 2011

KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

_United States Bankruptcy Judge_